# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMAS LOPEZ LANDERO | |
| Plaintiff, | Case No: |
| v. | **JURY DEMAND** |
| The United States of America | |
| Defendant, | |

# COMPLAINT

Plaintiff Tomas Lopez Landero, by its undersigned counsel, hereby brings this Complaint against Defendant the United States of America for a refund of withholdings paid to the United States of America and on information and belief alleges as follows:

# INTRODUCTION

1. Plaintiff Tomas Lopez Landero brings this action for a refund of withholdings in the amount of $101,049.98 from the Internal Revenue Service ("IRS") for the 2014 tax year, pursuant to taxpayer computing his net income on a per session basis as directed by the United States Court of Appeals for the District of Columbia Circuit in *Sang J. Park and Won Kyung O. v. Commissioner of Internal Revenue service,* 722 F.3d. 384 (CA-DC 2013).

## THE PLAINTIFF

2. The Plaintiff, Tomas Lopez Landero, is a Mexican citizen residing in Calle Los Cedros, Varacruz Cordova Mexico. He is not a U.S. citizen or resident, nor is he considered a U.S. person under the Internal Revenue Code.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(1).

4. Venue is proper in this Court pursuant to 28 U.S.C. 1402(a)(2), because Mr. Lopez Landero is not a resident of the United States nor does he have a principal place of business in any United States judicial district.

5. This suit is timely under 26 U.S.C § 6532(a). The Plaintiff filed IRS Form 843 claim for refund on November 5, 2019 and the IRS responded to plaintiff with a Notice of Claim being disallowed issued on January 27, 2020.

## FACTUAL BACKGROUND

6. The Plaintiff is a citizen and resident of Mexico. His taxpayer identification number is 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.

7. The Plaintiff filed his 2014 tax return on April 12, 2014.

8. During the tax year in question the Plaintiff visited casinos in the United States.

9. The Plaintiff incurred gambling losses from his United States casino visits during the 2014 tax year.

10. The Plaintiff had no other US source income than income earned from gambling in the United States during the 2014 tax year.

11. The Casinos, on behalf of the IRS, withheld the following amounts for taxation at source of $134,328.80.

12. The Plaintiff incurred a gambling loss of $336,833.25 in the 2014 tax year.

13. Plaintiff filed his 2014 1040NR on April 12, 2018.

14. Plaintiff provided the IRS with requested documentation to substantiate amounts withheld on 1042-S's which was received by the IRS on December 7, 2018.

15. IRS sent the Plaintiff a notice of unpaid taxes dated February 18, 2019.

16. IRS sent the Plaintiff a notice dated January 4, 2019 indicating that they required additional time to complete research on the documents submitted December 7, 2018.

17. IRS sent the Plaintiff a notice dated March 6, 2019 indicating that they required additional time to complete research on the documents submitted December 7, 2018.

18. IRS sent the Plaintiff a notice dated April 15, 2019 stating that the IRS was unable to read all of the submitted Form 1042-S Foreign Person's U.S. Source Income Subject to Withholding and found numerous issues with the 1042-S legibility.

19. IRS sent the Plaintiff a notice dated April 22, 2019 of intent to seize (levy) property rights with respect to unpaid taxes from the 2014 tax year.

20. IRS sent the Plaintiff a notice dated June 24, 2019 of intent to seize (levy) property rights with respect to unpaid taxes from the 2014 tax year.

21. The Plaintiff submitted IRS Form 843 – Claim for Refund and Request for Abatement in August 2019 and was received by the IRS on August 19, 2019.

22. IRS sent the Plaintiff a notice dated September 2, 2019 indicating the Plaintiff's tax refund from the subsequent year was applied to satisfy the unpaid balance for the year in question.

23. The IRS sent the Plaintiff a notice dated September 16, 2019 with respect to the August 19, 2019 submission indicating that they required an additional 60 days to complete a response.

24. The IRS sent the Plaintiff a notice with respect to the submitted Form 843 on September 26, 2019 stating that the Form 843 could not be processed as the supporting documentation was not complete.

25. The Plaintiff submitted IRS Form 843 – Claim for Refund and Request for Abatement again on November 5, 2019 with additional support from the casinos indicating the amounts of federal tax withheld.

26. IRS sent the Plaintiff Notice of Federal Tax Lien Filing and Right to a Hearing under IRC 6320 on February 11, 2020.

## ARGUMENT

27. The Plaintiff realleges and incorporates by reference all of the allegations in all of the proceeding paragraphs.

28. United States Court of Appeals for the District of Columbia Circuit in *Sang J. Park and Won Kyung O. v. Commissioner of Internal Revenue service,* 722 F.3d. 384 (CA-DC 2013) permits a taxpayer to compute his net income on a per session basis.

29. The Plaintiff incurred gambling losses of $336,833.25 in the 2014 tax year based upon computation on a per session basis.

30. The Plaintiff has supplied documentation furnished by the casino to support the losses claimed and the related withholdings that meets the criteria set forth in Revenue Procedure 77-29, 1977-2 C.B. 538.

31. The Defendant issued a Notice of Deficiency; however, the Plaintiff's tax refund from the subsequent year was applied to the tax deficiency and as such the U.S. Tax Court has no jurisdiction to hear the Plaintiff's appeal under Rule 13 of the Court.

## PRAYER FOR RELIEF

32. The Plaintiff asks this Court to refund withholdings in the amount of $101,049.98 plus interest, and any punitive damages the Court sees fit.

33. Grant any and all other relief this Court deems just and equitable.

Dated: March 17, 2020

Respectfully Submitted

/s/ Mark A. Feigenbaum

Mark A. Feigenbaum (Bar ID 492260)
1137 Centre Street Suite 201
Thornhill, Ontario Canada L4J 3M6
(905) 695-1269
(905) 695-1268 Fax
mark@feigenbaumlaw.com
*Attorney for Plaintiff*